**SCHWARTZ SLADKUS REICH GREENBERG ATLAS** LLP

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

June 4, 2021

<u>**Via ECF**</u>
Honorable Edward S. Kiel
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

       **RE**:    Gregory Rauscher, MD v. Cigna Health and Life Insurance Company
              Docket No.:   20-02766

Dear Judge Kiel,

      Kindly allow this letter to confirm that the parties have reached settlement in the above-captioned matter. As such, the parties request that the Court enter a 60-day administrative termination order, and that the Court cancel the status conference scheduled for October 1, 2021 as moot.

      As always, we thank the Court for its courtesies in this regard.

                                                     Respectfully submitted,

                                                     <u>s/Michael Gottlieb</u>
                                                     Michael Gottlieb

Cc: All counsel of record via ECF